1
2
3                                                                    **\*E-Filed 4/23/09\***
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                                      SAN JOSE DIVISION
9

10   WILLIAM HERSHEY et al.,                        NO. C 09-80074 MISC. JF (RS)
11                    Plaintiffs,                    **ORDER GRANTING**
12        v.                                         **APPLICATION FOR AN ORDER**
                                                     **SHORTENING TIME**
13   CAPITAL REALTY SERVICES, INC. et al.,

14                    Defendants.
15   _____/

16          Pursuant to Civil Local Rule 6-3, defendants move for an order shortening time regarding

17   their motion to quash filed April 21, 2009.  This miscellaneous action relates to a subpoena seeking

18   the production of documents and the deposition of a non-party witness in California on May 1, 2009.

19   By stipulation of the parties, and for good cause shown, it is hereby ordered that:

20          (1) The application for an order shortening time is granted.

21          (2) Plaintiffs may file an opposition to the motion to quash by 5:00 p.m. on April 27, 2009.

22          (3) Defendants may file a reply by 12:00 p.m. on April 28, 2009.  As of that date, the matter

23   will be deemed submitted on the papers.  The parties are not to assume that an order will follow

24   before April 29, 2009.

25
26
27
28

1

1    IT IS SO ORDERED.

2

3    Dated: 4/23/09

4                                        RICHARD SEEBORG
                                         United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER GRANTING APPLICATION FOR AN ORDER SHORTENING TIME
C 09-80074 MISC. JF (RS)